_Marian F. Harrison_
Marian F. Harrison
US Bankruptcy Judge

Dated: 09/25/12



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROBERT THOMAS TAYLOR ) | BK. NO. 11-10487-MFH |
| TEREASA ANN CANNON-TAYLOR ) | JUDGE HARRISON |
| SSN: XXX-XX-2736 / XXX-XX-9205 ) | |
| ) | |
| Debtor ) | |

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISALLOW CLAIM OF CITIMORTGAGE, INC.; WITHDRAWING CREDITOR'S PROOF OF CLAIM 22; AND PROHIBITING THE ASSESSMENT OF FEES, COSTS, OR SET-OFF

This matter was scheduled to be heard on September 19, 2012, upon the Trustee's Motion to Disallow Claim 22. The claim to which the Trustee's motion pertains was filed by the creditor. The proof of claim filed by the creditor was not timely under Fed. R. Bankr. P. 3002(c), but it provided documentation and/or information that allowed the creditor to supplement Claim 21 filed by the debtors.

ORDERED, the late creditor-filed proof of claim (claim number 22 on the Court's claims register) is withdrawn;

ORDERED, the Trustee's Motion to Disallow the Claim filed by the creditor is denied as moot; it is further

ORDERED, that the creditor and any servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts against the debtor or against the property that serves as collateral for its loan in connection with the motion resolved by this agreed order.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/Henry E Hildebrand, III

Digitally signed by /s/Henry E Hildebrand, III
DN: cn=/s/Henry E Hildebrand, III, c=US, o=Chapter 13 Trustee, ou=Henry E Hildebrand, III
Date: 2012.09.19 11:07:21 -05'00'

Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 190664
Nashville, TN 37219-0664
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

*/s/ Daniel R. Osborne*
Daniel R. Osborne, 029871
Attorney for Creditor
dosborne@wilson-assoc.com
Wilson & Associates, P.L.L.C.
8 Cadillac Drive, Suite 120
Brentwood, TN 37027
615-255-9388
615-255-5581 fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Order has been forwarded to Mitchell E. Chessman, Attorney for Debtors, 237 French Landing Drive, Nashville, TN 37228, and Ms. Beth R. Derrick, Assistant U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203, by U. S. Mail, postage prepaid (or otherwise dependably delivered including Electronic Case Noticing) this ** day of *****.

_____
Henry E. Hildebrand, III

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.